[No. 5592–2–III.   Division Three.   October 20, 1983.]

*In the Matter of the Personal Restraint of*
ERVY SALAZAR, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5977–1–II.   Division Two.   October 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER JOHN ALARID, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 79–1–00419–7, John N. Skimas, J., entered October 28, 1981. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[Nos. 5584–8–II; 5641–1–II.   Division Two.   October 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER CHARLES ACUNA, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Clark County, No. 81–1–00129–7, J. Dean Morgan, J., entered May 15, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 11689–4–I.   Division One.   October 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00148–8, Richard M. Ishikawa, J., entered April 30, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., Ringold, J., dissenting.